**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

**JESSICA KLEIN ET AL,**

**Plaintiffs,**

**-against-**

**AIRE ANCIENT BATHS UES LLC ET AL,**

**Defendants.**

---------------------------------------------------------- x

**1:26-cv-03879-ALC**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' joint status report advising the Court that the parties have reached a settlement in this matter during private mediation. *See* ECF No. 16. The parties are directed to file the proposed settlement and a joint memorandum of law, not to exceed 10 pages, explaining why the proposed settlement is fair and reasonable and otherwise does not raise any of the concerns cited by the Second Circuit in its recent decision in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The proposed settlement and accompanying memorandum shall be filed no later than September 24, 2026.

**SO ORDERED.**

**Dated:** **September 10, 2016**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**